**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**SYLENTHIA LETHA DEMERITT,**

      **Plaintiff,**

**v.**                      **Case No. 5:16cv126-MW/GRJ**

**CITY OF PANAMA CITY BEACH
POLICE DEPARTMENT, et al.,**

      **Defendant.**
_____/

**ORDER ACCEPTING AND ADOPTING
<u>REPORT AND RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No.  8.  Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with an order of the Court."  The Clerk shall close the file.

**SO ORDERED on April 10, 2017.**

                    <u>**s/Mark E. Walker**</u>
                    **United States District Judge**